ELLA HICKS, complainant,

*v.*

LEON HICKS et al., defendants.

[Decided October 27th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *99 N. J. Eq. 92.*

*Mr. Emanuel Weits, Mr. James R. Bowen* and *Mr. John S. Applegate & Son,* for the appellants.

*Mr. Leo J. Warwick,* for the respondent.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.